UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

_____

UNITED STATES OF AMERICA

v.                                                      Cr. No.  8:10-402 (MSS-TBM)

JOSE F. LOPESIERRA-GUTIERREZ
_____

UNOPPOSED THIRD MOTION TO CONTINUE TRIAL TO THE
MAY 2013, TRIAL CALENDER TERM

**COMES NOW**, Defendant, Jose F. Lopersierra-Gutierrez, hereinafter referred to as "defendant/Lopesierra") by and through his attorney Linda George, and does hereby respectfully move this Honorable Court to continue trial date to no sooner than the May 2013, trial calender term.

1. Trial is presently set for the May, 2013, trial calender term.

2. Jose F. Lopesierra-Gutierrez, was extradited to the United States from Colombia on March 1, 2012.  He had his first appearance on March 2, 2012.  Defendant Lopesierra-Gutierrez is charged in an indictment along with two (2) other individuals. All three defendants are accused of participating for several years in maritime smuggling of multi ton quantities of cocaine.

3. Co-defendant, Jacinto Baez-Baez, ("J.Baez") was extradited to the United States from Colombia on January 24, 2012.  He had his initial appearance on January 25, 2012.  A motion was filed by J. Baez to continue this matter to the May, 2013 trial term. D.E 60)

4.     Co-defendant, Diego Baez-Baez, ("D. Baez") was extradited to the United States on December 12, 2011, he made his initial appearance on December 13, 2012.  Diego Baez-Baez is presently set for trial on the January, 2013 trial calendar, along with co-defendants. Ronald Marzullo, counsel for J. Baez contacted Jay White, counsel for D. Baez regarding this request for adjournment of the trial date, Mr. Marzullo's advises that Mr. White has no objection.

5.     As set forth in the "United States Joint Status Report for November, 2012", (Status Report) (D.E. 61), the United States has begun to provide discovery materials and plea negotiations are ongoing.

6.     Undersigned counsel has conferred with Defendant Lopesierra, and he has agreed to a continuance of trial until no sooner than the May, 2013 trial term calender. Accordingly, Defendant, Lopesierra has signed a "Waiver of Speedy Trial" through May, 2013, and the same is being filed simultaneous to the within motion.

7.     Undersigned counsel has discussed this motion with AUSA Joseph Ruddy. Mr. Ruddy has no objection to the requested continuance of trial until no sooner that the May, 2013 trial term calender.

**WHEREFORE**, Defendant, Jose F. Lopesierra-Gutierrez, requests that the Honorable Court continue the trial in this matter to no earlier than the May, 2013 trial term calender.

Respectfully submitted,

 s/Linda George
**LINDA GEORGE**
*Attorney for Defendant*
577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225
Fax: (201) 487-8807
lgdefense@yahoo.com

Dated: November 20, 2012

2

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on November 20, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to all counsel of record.

    Respectfully submitted,

    s/Linda George
    **LINDA GEORGE**
    *Attorney for Defendant*
    577 Summit Avenue
    Hackensack, New Jersey 07601
    (201) 487-5225
    Fax: (201) 487-8807
    lgdefense@yahoo.com

Dated: November 20, 2012